# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0730
LT Case No. 2016-CF-002364-A

_____

DANIEL WILLIAMS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Daniel Williams, Jr., Crawfordville, pro se.

James Uthmeier, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.


September 30, 2025


PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____